IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CREWS & ASSOCIATES, INC.**                                              **PLAINTIFF**

**V.**                            **4:11CV00607 JMM**

**WEALTH MANAGEMENT
CONSULTANTS, INC.**                                                 **DEFENDANT**

## ORDER OF DISMISSAL

      Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

      The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

      IT IS SO ORDERED this 22nd day of August, 2011.


                                                         _____
                                                         UNITED STATES DISTRICT JUDGE